JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02485-SSS-SHKx | Date | December 1, 2025 |
|---|---|---|---|

| Title | *Audley Broadley Jr. v. United States of America et al.* |
|---|---|

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On October 30, 2025, the Court issued an order directing Plaintiff to show cause, in writing, on or before 12:00 noon on November 13, 2025, why this action should not be dismissed for lack of prosecution [Dkt. 19]. As of today's date, Plaintiff has not responded. Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case **WITHOUT PREJUDICE** for lack of prosecution. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**